**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACOB JEROME SMITH**                                                    **PLAINTIFF**

**V.**                                  **No. 4:25-CV-00768-JTK**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Judgment is entered in favor of the Defendant.

DATED this 9th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE